UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.

WILLIAM COKER, *et al.*,

    Defendants.

Case No. 3:23-cv-59

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

### ORDER CONDITIONALLY DISMISSING THIS CASE

In light of the parties' joint notice of settlement (Doc. No. 10), the Court hereby **ORDERS** this action **DISMISSED WITH PREJUDICE** as to all parties, provided that any of the parties may, within **sixty (60) days**, file a motion to reopen the action if any matters remain pending or unresolved.

    **IT IS SO ORDERED.**

May 17, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge